No. 81–417.  WAINWRIGHT, CORRECTIONS SECRETARY *v.* PEREZ.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 81–1469.  TENNESSEE *v.* WEBB.  Sup. Ct. Tenn. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 81–1516.  ATKINS, CHAIRMAN, MISSOURI BOARD OF PROBATION AND PAROLE, ET AL. *v.* ELDRIDGE.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 81–1295.  SHEARSON HAYDEN STONE, INC., ET AL. *v.* HOPE ET AL.  Ct. App. Cal., 1st App. Dist.  Motion of New York Stock Exchange, Inc., et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 81–1517.  HILDEBRAND *v.* BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY ET AL.  C. A. 6th Cir.  Motion of Lansing Michigan Branch of the American Civil Liberties Union of Michigan et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 81–6158.  VANDERBILT *v.* TEXAS.  Ct. Crim. App. Tex.; and

No. 81–6172.  CHRISTOPHER *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.  Reported below: No. 81–6158, 629 S. W. 2d 709; No. 81–6172, 407 So. 2d 198.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.